| IN THE MATTER OF THE | * | IN THE |
| REINSTATEMENT TO THE | * | |
| PRACTICE OF LAW OF | * | COURT OF APPEALS |
| ANTOINE I. MANN | * | |
| | * | OF MARYLAND |
| | * | |
| | * | Misc. Docket AG |
| | * | No. 32 |
| | * | September Term, 2015 |

## ORDER

The Court having considered the Petition for Reinstatement of Antoine I. Mann and the response filed thereto by the Attorney Grievance Commission in the above-captioned case, it is this __20th__ day of __November__, 2015, hereby

**ORDERED**, by the Court of Appeals of Maryland, that the Petition be, and it is hereby, GRANTED, and the Petitioner, Antoine I. Mann is reinstated as a member of the Bar of Maryland to the practice of law in this State, and it is further

ORDERED that the Clerk of the Court shall replace the name of Antoine I. Mann upon the register of attorneys entitled to practice in this Court and certify that fact to the Trustees of the Client Protection Fund and the Clerks of all judicial tribunals in this State, and it is further

ORDERED that the Petitioner shall satisfactorily complete the next course on professionalism given by the Court's Maryland Professionalism Center, Inc., and it is further

ORDERED that the Petitioner's practice of law be monitored by Richard Winters, Esquire or another attorney of Bar Counsel's choice, for a period of one year from the date of this Order and said monitoring shall include monthly written reports to Bar Counsel.

/s/ Mary Ellen Barbera
_____
Chief Judge, Court of Appeals of Maryland